UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YANDROS MATOS LONDRES, | |
| Plaintiff, | |
| v. | Case No. 26-cv-10625 |
| KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*, et al., | Honorable Robert J. White |
| Defendants. | |

**ORDER ENJOINING DEFENDANTS FROM REMOVING LONDRES UNTIL FURTHER ORDER OF THE COURT**

Plaintiff Yandros Matos Londres moved on an emergency basis for a Temporary Restraining Order under Federal Rule of Civil Procedure 65. (ECF No. 6, PageID.17).  Londres seeks to enjoin Defendants, their officers, agents, servants, employees, and attorneys from removing Londres from the United States while this action is pending. (*Id.*).  In his complaint, Londres challenged the United States Citizenship and Immigration Services' (USCIS) determination that he is inadmissible to the United States. (*Id.*).  The Court set a status conference with the parties for tomorrow, February 25, 2026, at 4:00 p.m. (ET) to set a briefing schedule and a hearing date for the TRO.  The Court will enjoin Respondents from removing Londres from the United States pending further order of this Court.  Accordingly,

2

IT IS ORDERED that Defendants are **enjoined** from removing Londres from the United States **until further directed by the Court**.


Dated: February 24, 2026                    s/Robert J. White
                                                   Robert J. White
                                                   United States District Judge